UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SONERA HOLDING B.V.,

                Petitioner,

- v -

ÇUKUROVA HOLDING A.Ş.,

                Respondent.

11 Civ. 8909 (DLC)

ORDER

DENISE L. COTE, District Judge:

By Order dated March 11, 2013, the Court awarded petitioner Sonera Holding B.V. ("Sonera") its reasonable attorneys' fees and costs incurred in connection with Sonera's application for a contempt order against respondent Çukurova Holding A.Ş. ("Çukurova"). Sonera and Çukurova have conferred and have agreed that the total amount of such fees and costs is $86,041.50. Accordingly, it is hereby

ORDERED that Çukurova shall pay Sonera $86,041.50 in relation to Sonera's attorneys' fees and costs on or before March 19, 2013.

SO ORDERED.

Dated:     New York, New York
              March 13, 2013

                                            DENISE L. COTE
                                            United States District Judge